AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8:25-cr-395-TPB-TGW |
| JASMYNE BURNS | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

SEALED

## ARREST WARRANT

To:     Any authorized law enforcement officer

       **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JASMYNE BURNS _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
    Wire Fraud in violation of 18 U.S.C. § 1343

**LINDSAY RICHARDS**

Date:   8-15-25                            _____
                                                  *Issuing officer's signature*

City and state:     Tampa, FL                     ELIZABETH WARREN, Clerk, United States District Court
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                     _____ *Arresting officer's signature* |
|                                                             _____ *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    JASMYNE BURNS

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____     Weight: _____

Sex: _____     Race: _____

Hair: _____     Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

SEALED

AO 257 (Rev. 6/78)                                                                                          PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING  ☑ SEALED

Name of District Court, and/or Judge/Magistrate Location (City)
MIDDLE DISTRICT OF FLORIDA
Tampa        , FLORIDA

**OFFENSE CHARGED**

Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Defendant - U.S. vs._____ Jasmyne Burns
a/k/a (if applicable) _____
If multi-defendant case, Lead Defendant: _____

Address  1434 Flower Dust Drive
Ruskin, FL 33570

Birth Date  09/13/1989   (Optional unless a juvenile)

| Place of Offense | U.S.C. Citation |
|---|---|
| Middle District of Florida | 18 U.S.C. § 1343 |

☑ Male  ☑ Female  ☐ Alien, Citizenship:

SSN: 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   FBI No.            Cédula No.

**PROCEEDING**
Name of Complainant Agency, or Person (& Title, if any)

VA SA Heather Norris, (727) 319-1250

☐ person is awaiting trial in another Federal or State Court, give name of court:

☐ this person/proceeding is transferred from another district per FRCrP
☐ 20 ☐ 21 or ☐ 40. Show District:

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
DOCKET NO.
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▸
MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on This Form
Gregory W. Kehoe   ☑ U.S.Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y.:
Merrilyn Hoenemeyer
813-274-6000

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons }
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**

4) ☐ On this charge _____

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution:
Booking No.

Has detainer  ☐ Yes } If "Yes"
been filed?  ☐ No  } give date filed:

DATE OF
ARREST ▸

Or... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED
TO U.S. CUSTODY ▸

☐ This report amends AO 257 previously submitted

SEALED

## ADDITIONAL INFORMATION OR COMMENTS

| METHOD OF SERVICE: | RECOMMENDED BOND: | COURTROOM REQUIREMENTS: | Will there be a defendant or witness in custody? |
|---|---|---|---|
| Warrant | Detention | Small | ☐ Yes  ☑ No |

| Statutes: | Counts: | Penalty Provisions: | Maximum Penalty: |
|---|---|---|---|
| 18 U.S.C. 1343 | One, Two | 18 U.S.C. § 1343 | ⊞ 20 years imprisonment, a fine of $250,000, a term of supervised release of 3 yrs |

Related Cases: Dino Burns 2023R01777  ⊞
Def. Counsel:

OCDETF Case:  ☐ Yes  ☑ No
Gang Member:  ☐ Yes  ☑ No   If Yes, gang affiliation:

☐ (AP) Appointed
☐ (FD) Federal Public Defender
☐ (PS) Pro Se
☐ (RE) Retained
☑ (TB) To be Appointed
Start Date:

Rev. 12/12/2018

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:25-cr-395- TPB-TGW

JASMYNE BURNS

18 U.S.C. § 1343

## INDICTMENT

The Grand Jury charges:

AUG 14 2025 PM 3:15
FILED - USDC - FLMD - TPA

### COUNTS ONE AND TWO
(Wire Fraud)


SEALED

#### A.     Introduction

At times relevant to this Indictment:

1.     JASMYNE BURNS, a resident of the Middle District of Florida, falsely and fraudulently overstated the income for her cosmetology business in order to obtain federal Paycheck Protection Program ("PPP") loans to which she was not entitled.

**The Small Business Administration**

2.     The United States Small Business Administration ("SBA") was an executive branch agency of the United States government that provided support to entrepreneurs and small businesses.

3.     In or around March 2020, the President declared the ongoing Coronavirus Disease 2019 ("COVID-19") pandemic of sufficient severity and

magnitude to warrant an emergency declaration for all states, tribes, territories, and the District of Columbia pursuant to section 501(b) of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121-5207. The President also signed into law the Coronavirus Aid, Relief, and Economic Security ("CARES") Act and the Families First Coronavirus Response Act.

4.     The SBA enabled and provided for loans through banks, credit unions, and other lenders. These loans had government-backed guarantees. In addition to traditional SBA funding programs, The CARES Act, established several new temporary programs and provided for the expansion of others to address the COVID-19 outbreak, which was declared a nationwide disaster by the President on March 13, 2020.

5.     One of the new loan programs was the SBA PPP, which was a loan designed, in part, to provide a direct incentive for small businesses to keep their workers on the payroll. Under this program, the SBA could forgive all or part of the borrowing businesses' loans provided that employees were kept on the payroll for eight weeks and borrowers submitted documentation confirming that the loan proceeds were used for certain qualifying business expenses (i.e., payroll, rent, mortgage interest, or utilities).

6.     Interested applicants applied through an existing SBA lender or any other participating federally-insured financial institution. The PPP application process required applicants to submit a Borrower Application Form through an SBA-approved financial entity. The application contained information as to the purpose of

the loan, average monthly payroll, number of employees, and background of the business and its owner. Applicants were also required to make certain good faith certifications, including that economic uncertainties had necessitated their loan requests for continued business operations, and that they intended to use loan proceeds only for the authorized purposes.

7.    Financial Institution #1 and #2 were financial institutions as defined in 18 U.S.C. § 20.

8.    Lender #1 participated in the SBA's PPP as a lender, and as such, was authorized to lend funds to eligible borrowers under the terms of the PPP.

### B.    The Scheme and Artifice

9.    Beginning on an unknown date, but no later than in or around April 2021, and continuing through at least June 2021, in the Middle District of Florida and elsewhere, the defendant,

JASMYNE BURNS,

did knowingly and intentionally devise and intend to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises about a material fact.

### C.    Manner and Means of the Scheme and Artifice

10.    The manner and means by which the defendant sought to accomplish the scheme and artifice included, among others, the following:

a.    It was part of the scheme and artifice that the defendant would and did prepare and submit, and cause to be prepared and submitted, materially false

3

and fraudulent applications to the PPP, which program was tailored to provide benefits and relief to businesses and workers negatively impacted by the COVID-19 pandemic.

   b. It was further a part of the scheme and artifice that, in order to induce Lender #1 to fund the PPP loans, the defendant would and did prepare and submit, and cause to be prepared and submitted, to Lender #1 applications that contained multiple materially false and fraudulent representations and pretenses, including:

     i. overstating the gross income for the defendant's cosmetology business;

     ii. representing and certifying that loan proceeds would be used for business-related purposes; and

     iii. fraudulently affirming the truth of statements in the application;

   c. It was further a part of the scheme and artifice that the defendant would and did submit fraudulent supporting documentation, including a 2020 Form 1040 Schedule C, Profit or Loss from Business.

   d. It was further a part of the scheme and artifice that the defendant would and did cause Lender #1 to approve the PPP loan applications and cause to be transmitted PPP loan proceeds via interstate wire transfers to Financial Institution #1 and #2;

4

e.     It was further a part of the scheme and artifice that the defendant would and did use the PPP funds, and cause the PPP funds to be used, for unauthorized purposes and for her own personal enrichment and the enrichment of others;

f.     It was a further part of the scheme and artifice that the defendant would and did perform acts and make statements to promote and achieve the scheme and artifice and to misrepresent, hide, and conceal the scheme and artifice and the acts committed in furtherance thereof.

### D.     Execution of the Scheme and Artifice

11.     On or about the date set forth below in each count, in the Middle District of Florida and elsewhere, the defendant,

JASMYNE BURNS,

for the purpose of executing the aforesaid scheme and artifice, knowingly and intentionally transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce the writings, signs, signals, pictures, and sounds described below, each transmission constituting a separate count:

| COUNT | DATE OF WIRE | DESCRIPTION OF WIRE |
|-------|--------------|---------------------|
| One | April 15, 2021 | Defendant caused a wire transfer in the amount of $20,833 in PPP funds, sent from outside of Florida to a Financial Institution #1 account in the defendant's name within the Middle District of Florida |

5

| COUNT | DATE OF WIRE | DESCRIPTION OF WIRE |
|-------|--------------|---------------------|
| Two | May 13, 2021 | Defendant caused a wire transfer in the amount of $20,833 in PPP funds, sent from outside of Florida to a Financial Institution #2 account in the defendant's name within the Middle District of Florida |

All in violation of 18 U.S.C. § 1343.

## FORFEITURE

1.     The allegations contained in Count One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.     Upon conviction of a violation of 18 U.S.C. § 1343, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.     The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of approximately $41,666.00, which represents the proceeds the defendant obtained from the offense.

4.     If any of the property described above, as a result of any act or omission of the defendant:

         a.     cannot be located upon the exercise of due diligence;

         b.     has been transferred or sold to, or deposited with, a third party;

         c.     has been placed beyond the jurisdiction of the court;

6

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be

divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL, 

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Merrilyn E. Hoenemeyer
Assistant United States Attorney

By: _____
for: Carlton C. Gammons
Assistant United States Attorney
Chief, Economic Crimes Section

7

FORM OBD-34
August 25

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JASMYNE BURNS

INDICTMENT

Violations: 18 U.S.C. § 1343

A true bill,

_____
Foreperson

Filed in open court this 14th day

of August 2025.

_____
Clerk

Bail $_____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

8:25-cr- 395-TPB-TGW

UNITED STATES OF AMERICA

v.                              CASE NO. 2025R01886

SEALED

JASMYNE BURNS

AUG 14 2025 PM8:15
FILED - USDC - FLMD - TPA

**O R D E R**

The Motion to Seal Indictment and Related Documents filed by the United

States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when

necessary to provide certified copies of the Indictment to the United States Attorney's

Office;

It is further ordered that upon verbal request from the United States Attorney's

Office that the United States Marshals Service is to release a certified copy of the

arrest warrant to the case agent or other appropriate law enforcement and/or to the

United States Attorney's Office without further order of the Court. It is further

ordered that the United States Marshals Service or other appropriate law

enforcement agency may enter the arrest warrant into the National Crime

Information Center (NCIC) database or other appropriate law enforcement database

without further order of the Court.

It is further ordered that the United States may disclose the existence of the

Indictment in any search and seizure warrants to be executed in conjunction with the

arrest of the defendant(s).

The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this ___14___ day of August, 2025.

HON. AMANDA ARNOLD SANSONE
United States Magistrate Judge